CARNEY R. SHEGERIAN, ESQ., SBN 150461
SHEGERIAN & ASSOCIATES, INC.
499 NORTH CANON DRIVE, SECOND FLOOR
BEVERLY HILLS, CALIFORNIA 90210
TELEPHONE: (310) 860-0770
FACSIMILE: (310) 860-0771

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

YVONNE QUARLES

Plaintiff(s)

v.

AIG, AMERICAN INTERNATIONAL GROUP, INC., AIG CLAIMS SERVICES, INC., AND WILLIAM MORGNER

Defendant(s)

CASE NUMBER  CV04-9671 (AJWx)

**NOTICE OF DISMISSAL BY PLAINTIFF**
Rule 41(a)(1) F.R.Civ.P.

**PLEASE TAKE NOTICE:**

[X]  The above-entitled action is

or

[ ]  Defendant(s)  AIG, AMERICAN INTERNATIONAL GROUP, INC., AIG CLAIMS SERVICES, INC., AND WILLIAM MORGNER

are

hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: **MARCH 8, 2005**

Plaintiff / Attorney for Plaintiff
CARNEY R. SHEGERIAN, ESQ.

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CCD-9